Northern Dist Of Miss Aberdeen Division

# United States Bankruptcy Court

## NOTICE OF
## CHAPTER 13 BANKRUPTCY CASE, MEETING OF CREDITORS, & DEADLINES

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

| Debtor(s) (name(s) and address): | Date Case Filed (or Converted): | Last Four Digits of Soc. Sec. No./Complete EIN or other Taxpayer I.D. No.: |
|---|---|---|
| ROBERT E GIVEN SR.<br>13963 CANTER DRIVE<br>OLIVE BRANCH, MS 38654 | February 03, 2011 | XXX-XX-1790 |

Case Number: 11-10495-DWH

All Other Names used by the Debtor(s) in the last 8 years (include married, maiden, and trade names):
AKA BOB GIVEN

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| ROBERT GAMBRELL<br>GAMBRELL AND ASSOCIATES<br>101 RICKY D BRITT SR BLVD STE 3<br>OXFORD, MS 38655<br>Telephone Number: (662) 281-8800 | Locke D. Barkley<br>P.O. Box 55829<br>Jackson, MS 39296<br>Telephone Number: (601) 355-6661    www.barkley13.com |

See Reverse Side For Important Explanations.

### Meeting of Creditors:

DATE: March 23, 2011  TIME: 10:00 AM
Location: Desoto Civic Center
4560 Venture Dr
Southaven, MS 38671

### Deadlines:
Papers must be received by the bankruptcy clerk's office by the following deadlines.
**Foreign Creditors:** A creditor to whom this notice is sent at a foriegn address should read the information under "Claims" on the reverse side.

**Deadline to File a Proof of Claim:**

| For all creditors (except a governmental unit): | June 21, 2011 | For governmental units: | August 02, 2011 |
|---|---|---|---|

**Deadline to Object to Exemptions:**
Thirty (30) days after the conclusion of the meeting of creditors.    April 22, 2011

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:**    May 23, 2011

### Filing of Plan, Hearing on Confirmation of Plan

The hearing on confirmation will be held:
Exparte unless a written objection to confirmation is filed with the clerk of this court not later than April 08, 2011. Copies of the objection must be served on the Trustee, US Trustee and Attorney for Debtor(s). Objections to confirmation will be scheduled for hearing with notice to the affected parties.

[X] The debtor has filed a plan. The plan or a summary of the plan will be sent separately.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

*Failure of the debtor(s) or debtor(s)' attorney to appear at the sect 341 (A) meeting, to timely file schedules and related documents or to pay required fees may result in dismissal of this case without further notice.*

Effective May 1, 2002, all individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.

| Address of the Bankruptcy Clerk's Office: | |
|---|---|
| CLERK, US Bankruptcy Court<br>703 Hwy 145 North<br>Aberdeen, MS 39730 | David W. Houston III<br>Judge, U.S. Bankruptcy Court<br>DATED: February 25, 2011 |

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (Title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specificied amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan [is included with this notice] or [will be sent to you later], and [the confirmation hearing will be held on the date indicated on the front of this notice] or [you will be sent notice of the confirmation hearing]. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in the Bankruptcy Code §362 and §1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to exceed or impose a stay. Consult an attorney to determine your rights in this case. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you may not be paid any money on your claim against the debtor from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial concerning the claim. **Filing Deadline for a Foreign Creditor:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address and the creditor does not receive the notice in time to file a Proof of Claim before the deadline, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the Debtor is not entitled to a discharge under Bankruptcy Code Section 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code Section 523(a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors; even if the debtor's case is converted to Chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side unless otherwise noted. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**---Refer To Other Side For Important Deadlines and Notices---**

| CASE: 1110495 | TRUSTEE: 73 | COURT: 387 | |
|---|---|---|---|
| TASK: 02-24-2011.00377827.N13REV | | DATED: 02/25/2011 | |

| | | | |
|---|---|---|---|
| Court | | US Bankruptcy Court | 703 Hwy 145 North<br>Aberdeen, MS 39730 |
| Trustee | | Locke D. Barkley | P.O. Box 55829<br>Jackson, MS 39296 |
| Debtor | | ROBERT E GIVEN SR. | 13963 CANTER DRIVE<br>OLIVE BRANCH, MS 38654 |
| 799 | 000002 | ROBERT GAMBRELL<br>101 RICKY D BRITT SR BLVD STE 3 | GAMBRELL AND ASSOCIATES<br>OXFORD, MS 38655 |
| 058 | 000059 | RMC<br>SUITE 4450 | 400 WEST CUMMINGS PARK<br>WOBURN, MA 01801 |
| 052 | 000053 | NCO FINANCIAL SYTEMS INC | 507 PRUDENTIAL RD<br>HORSHAM, PA 19044 |
| 046 | 000015 | INTERNAL REVENUE SERVICE | PO BOX 7346<br>PHILADELPHIA, PA 19114 |
| 005 | 000019 | BANK OF AMERICA<br>4161 PEIDMONT PARKWAY | NC4-105-03-14<br>GREENSBORO, NC 27410 |
| 006 | 000020 | BANK OF AMERICA<br>4161 PEIDMONT PARKWAY | NC4-105-03-14<br>GREENSBORO, NC 27410 |
| 007 | 000021 | BANK OF AMERICA<br>4161 PEIDMONT PARKWAY | NC4-105-03-14<br>GREENSBORO, NC 27410 |
| 014 | 000025 | CAPITAL ONE<br>P O BOX 5155 | C/O TSYS DEBT MANAGEMENT<br>NORCROSS, GA 30091-5155 |
| 015 | 000026 | CAPITAL ONE<br>P O BOX 5155 | C/O TSYS DEBT MANAGEMENT<br>NORCROSS, GA 30091-5155 |
| 016 | 000027 | CAPITAL ONE<br>P O BOX 5155 | C/O TSYS DEBT MANAGEMENT<br>NORCROSS, GA 30091-5155 |
| 017 | 000028 | CAPITAL ONE<br>P O BOX 5155 | C/O TSYS DEBT MANAGEMENT<br>NORCROSS, GA 30091-5155 |
| 018 | 000029 | CAPITAL ONE<br>P O BOX 5155 | C/O TSYS DEBT MANAGEMENT<br>NORCROSS, GA 30091-5155 |
| 037 | 000042 | GE MONEY BANK | PO BOX 105968<br>ATLANTA, GA 30353 |
| 038 | 000043 | GE MONEY BANK | PO BOX 105968<br>ATLANTA, GA 30353 |
| 066 | 000067 | THE SHERWIN-WILLIAMS COMPANY | PO BOX 451388<br>ATLANTA, GA 31145 |
| 039 | 000044 | GEICO | 1 GEICO CENTER<br>MACON, GA 31295 |
| 047 | 000049 | JC PENNY | PO BOX 960001<br>ORLANDO, FL 32890 |
| 031 | 000038 | DILLARDS | PO BOX 960012<br>ORLANDO, FL 32896-0012 |
| 036 | 000004 | GE MONEY BANK<br>25 SE 2ND AVENUE, SUITE 1120 | C/O RECOVERY MGMT SYSTEMS<br>MIAMI, FL 33131 |
| 059 | 000060 | ROBERT E. GIVEN, JR | 1751 MARIETTA DR.<br>FORT LAUDERDALE, FL 33316 |
| 065 | 000066 | THE PATHOLOGY GROUP<br>PO BOX 1467 | C/O COLLECTION INFORMATION BUREAU<br>LAKE WORTH, FL 33460 |
| 049 | 000051 | MACYS | 13141 34TH STREET NORTH<br>CLEARWATER, FL 34622 |

# CERTIFICATE OF MAILING

0004

Case 11-10495-DWH    Doc 17    Filed 02/28/11    Entered 02/28/11 07:54:55    Desc Main
Document    Page 4 of 6

Page 2 of 4

CASE: 1110495   TRUSTEE: 73   COURT: 387
TASK: 02-24-2011.00377827.N13REV   DATED: 02/25/2011

| | | | |
|---|---|---|---|
| 056 | 000058 | REGIONS BANK<br>CONSUMER COLLECTIONS | PO BOX 10063<br>BIRMINGHAM, AL 35202-0063 |
| 035 | 000068 | EMILY M YANCEY | PO BOX 2727<br>TUSCALOOSA, AL 35403 |
| 004 | 000073 | AT&T MOBILITY | 2612 N ROAM ST<br>JOHNSON CITY, TN 37601 |
| 060 | 000061 | SE EMERGENCY | 3429 REGAL DRIVE<br>ALCOA, TN 37701-3265 |
| 010 | 000022 | BEAUTY LAWN SPRAY INC | 5858 JETWAY AVE<br>ARLINGTON, TN 38002 |
| 013 | 000024 | BMH-COLLIERVILLE | 1500 WEST POPLAR AVE<br>COLLIERVILLE, TN 38017 |
| 028 | 000014 | DAIMLERCHRYSLER FINANCIAL SERV<br>88 UNION AVENUE, STE 700 | C/O HALE DEWEY & KNIGHT<br>MEMPHIS, TN 38103-0000 |
| 048 | 000050 | LINCOLN GLASS CO | 635 NORTH THRID ST<br>MEMPHIS, TN 38107 |
| 062 | 000063 | SHERWIN WILLIAMS | 7434 SONIC DR<br>MEMPHIS, TN 38125 |
| 063 | 000064 | SHERWIN WILLIAMS | 7434 SONIC DR<br>MEMPHIS, TN 38125 |
| 057 | 000055 | REVENUE RECOVERY CORP | PO BOX 341308<br>MEMPHIS, TN 38184-1308 |
| 029 | 000008 | DESOTO COUNTY CHANCERY CLERK | PO BOX 949<br>HERNANDO, MS 38632 |
| 030 | 000009 | DESOTO COUNTY TAX COLLECTOR | 365 LOSHER STREET, STE 110<br>HERNANDO, MS 38632 |
| 021 | 000031 | CHECK CASHING INC | 6574 HWY 305 N<br>OLIVE BRANCH, MS 38654 |
| 033 | 000040 | E&M DEVELOPMENT | 8489 INDUSTRIAL DR<br>OLIVE BRANCH, MS 38654 |
| 034 | 000041 | E&M DEVELOPMENT | 8489 INDUSTRIAL DR<br>OLIVE BRANCH, MS 38654 |
| 053 | 000054 | NORTHCENTRAL ELECTRIC | 6820 COCKRUN ST.<br>OLIVE BRANCH, MS 38654 |
| 054 | 000056 | OLIVE BRANCH FIRE DEPT | 9200 PIGEON ROOST AVE<br>OLIVE BRANCH, MS 38654 |
| 055 | 000036 | OLIVE BRANCH UTILITY DEPARTMENT | 9200 PIGEON ROOST AVE<br>OLIVE BRANCH, MS 38654 |
| 045 | 000017 | INTERNAL REVENUE SERVICE<br>900 JEFFERSON AVE | C/O U S ATTORNEY<br>OXFORD, MS 38655-3626 |
| 026 | 000037 | CITY OF SOUTHAVEN | 8710 NORTHWEST DRIVE<br>SOUTHAVEN, MS 38671 |
| 067 | 000069 | TRAVELODGE TUPELO | 854 N GLOSTER ST<br>TUPELO, MS 38804 |
| 068 | 000070 | UNITED PLUMBING & HEAT | 1929 MIDWAY ST<br>JACKSON, MS 39204 |
| 044 | 000016 | INTERNAL REVENUE SERVICE<br>STOP 18 | 100 W. CAPITOL STREET<br>JACKSON, MS 39269 |
| 050 | 000052 | MACY'S | PO BOX 183083<br>COLUMBUS, OH 43218 |

| | | | |
|---|---|---|---|
| 061 | 000062 | SHELL | PO BOX 183018<br>COLUMBUS, OH 43218 |
| 023 | 000032 | CITIBANK | PO BOX 183051<br>COLUMBUS, OH 43218-3051 |
| 027 | 000057 | CONOCO | PO BOX 688929<br>DES MOINES, IA 50360 |
| 001 | 000010 | ALLY FINANCIAL | PO BOX 130424<br>ROSEVILLE, MN 55113 |
| 024 | 000033 | CITIBANK USA NA<br>PO BOX 6405 | HOME DEPOT CRED SRVC<br>SIOUX FALLS, SD 57117 |
| 025 | 000034 | CITIBANK USA NA<br>PO BOX 6405 | HOME DEPOT CRED SRVC<br>SIOUX FALLS, SD 57117 |
| 022 | 000035 | CITI BUSINESS CARD | PO BOX 6235<br>SIOUX FALLS, SD 57117-6235 |
| 011 | 000023 | BENEFICIAL MISSISSIPPI INC<br>P O BOX 8603 | 961 WEIGEL DR<br>ELMHURST, IL 60126 |
| 032 | 000039 | DIRECT MERCHANTS BANK | PO BOX 5241<br>CAROL STREAM, IL 60197 |
| 040 | 000048 | HSBC<br>PO BOX 4155 | ORCHARD BANK<br>CAROL STREAM, IL 60197-4155 |
| 041 | 000045 | HSBC CARD SERVICES | PO BOX 4155<br>CAROL STREAM, IL 60197-4155 |
| 042 | 000046 | HSBC CARD SERVICES | PO BOX 4155<br>CAROL STREAM, IL 60197-4155 |
| 043 | 000047 | HSBC CARD SERVICES | PO BOX 4155<br>CAROL STREAM, IL 60197-4155 |
| 019 | 000030 | CENTURY | PO BOX 4300<br>CAROL STREAM, IL 60197-4300 |
| 069 | 000071 | VERIZON WIRELESS<br>PO BOX 3397 | BANKRUPTCY GROUP<br>BLOOMINGTON, IL 61702 |
| 051 | 000005 | MORRIS AND ASSOCIATES<br>2309 OLIVER RD | BAC HOME LOAN SERVICING<br>MONROE, LA 71201 |
| 002 | 000013 | AMERICAN HONDA FINANCE CORP<br>NATIONAL BANKRUPTCY CENTER | P O BOX 168088<br>IRVING, TX 75016-8088 |
| 070 | 000072 | ZALES CREDIT PLAN | PO BOX 653054<br>DALLAS, TX 75265-3054 |
| 064 | 000065 | TARGET NATIONAL BANK | PO BOX 660170<br>DALLAS, TX 75266 |
| 003 | 000018 | AMERICAN PROFIT RECOVERY | PO BOX 851001<br>DALLAS, TX 75285-1001 |
| 020 | 000006 | CHASE AUTO FINANCE<br>201 N CENTRAL AVE, AZ1-1191 | NATIONAL BANKRUPTCY DEPT<br>PHOENIX, AZ 85004 |
| 008 | 000011 | BANK OF AMERICA, NA<br>400 NATIONAL WAY | MAIL STOP CA-919-01-23<br>SIMI VALLEY, CA 93065 |
| 009 | 000012 | BANK OF AMERICA, NA<br>400 NATIONAL WAY | MAIL STOP CA-919-01-23<br>SIMI VALLEY, CA 93065 |

# CERTIFICATE OF MAILING

0004

Page 4 of 4

CASE: 1110495    TRUSTEE: 73    COURT: 387
TASK: 02-24-2011.00377827.N13REV    DATED: 02/25/2011

012    000007    B-LINE, LLC    MS 550
    PO BOX 91121    SEATTLE, WA 98111-9221

74 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 02/25/2011.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON    02/25/2011    BY  /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail